UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Case No. 25-46017-tjt

MATTHEW R. BUSKARD,

Chapter 7

Judge Tucker

Debtor.

_____/

## TRUSTEE'S REPORT OF SALE

Wendy Turner Lewis, Chapter 7 Trustee for the estate of Matthew R. Buskard (the "Debtor"), by her attorneys, Bernardi, Ronayne & Glusac, P.C., states:

1. On July 2, 2025, the Trustee filed her Motion for authority to sell the Debtor's real property commonly known as 21888 210th Ave., Tustin, Michigan 49688 (the "Property", Docket No. 27).

2. The Court entered the Order approving the Trustee's sale Motion on July 29, 2025 (Docket No. 38).

3. The Trustee closed on the sale of the Property pursuant to the terms and conditions contained in the Purchase Agreement, a copy of which is attached to the Motion. The Trustee received gross proceeds of sale of $123,599.16, which included the $415,000.00 purchase price, together with settlement charges and the reimbursement of the purchaser's share of the property taxes paid by the Trustee at closing, less payment of the Trustee's real estate broker's commission and costs of sale.

1

4.     The Trustee then paid Joseph Salamon, the co-owner of the Property, his one-half share of the net sale proceeds, less the Trustee's attorney fees and costs of $2,500.00, which totaled $60,549.58, pursuant to the Order Authorizing Trustee to Pay Co-Owner's Share of Sale Proceeds Pursuant to 11 U.S.C. § 363(j) entered on August 15, 2025 (Docket No. 43).

BERNARDI, RONAYNE & GLUSAC, P.C.

Dated:  August 19, 2025          /s/Rodney M. Glusac
                                 Attorneys for Trustee
                                 1058 Maple Street
                                 Suite 100
                                 Plymouth, MI  48170
                                 (734) 416-1780
                                 rodg@brgpc.com
                                 (P43756)

2