Form denyd

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **25−46017−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Matthew R Buskard
   dba Bobcat Bonnie's Enterprises
   22620 Woodward Ave Unit D
   Ferndale, MI 48220

Social Security No.:
   xxx−xx−7653

Employer's Tax I.D. No.:

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF ORDER DENYING DISCHARGE**

NOTICE IS HEREBY GIVEN that on **12/17/2025** an order was entered denying the discharge in the above−entitled Chapter 7 case.

Dated: 12/18/25

                                                                                  BY THE COURT

                                                                                 Todd M. Stickle , Clerk of Court
                                                                                 UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re: | Case No. 25-46017-tjt |
| Matthew R Buskard | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 18, 2025 | Form ID: denyd | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew R Buskard, 22620 Woodward Ave Unit D, Ferndale, MI 48220-2899 |
| 28508859 | + | 118 Sycamore St LLC, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508860 | + | 1800 Michigan Ave LLC, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508861 | + | 19 Props LLC, c/o McShane & Bowie, 99 Monroe St NW Ste 1100, Grand Rapids, MI 49503-2654 |
| 28508862 | + | 200 W Michigan Ave LLC, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508863 | + | 240 W 9 Mile Rd LLC, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508870 | + | BBCMB LLC, 240 W Nine Mile Rd, Ferndale, MI 48220-1794 |
| 28508871 | + | Bobcat Bonnies, c/o Matthew Buskard, 24650 Westhampton, Oak Park, MI 48237-1418 |
| 28508872 | + | Bobcat Bonnies Enterprises LLC, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508873 | + | Bobcat Bonnies Toledo LLC, 240 W Nine Mile Rd, Ferndale, MI 48220-1794 |
| 28508874 | + | Bobcat Bonnies Trenton, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508875 | + | Bobcat Bonnies Ypsilanti, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508876 | + | Bobcats LLC, 240 W 9 Mile Rd, Ferndale, MI 48220-1794 |
| 28508877 | | Bonnie's Kalamazoo LLC, 224650 Westhampton, Oak Park, MI 48237 |
| 28508878 | + | Bonnie's Lansing LLC, c/o Mathew Buskard, 24650 Westhampton, Oak Park, MI 48237-1418 |
| 28508879 | #+ | Breton Village LLC, 50 Louis NW Ste 600, Grand Rapids, MI 49503-2645 |
| 28621357 | + | Del Bene Produce, Inc., Attn: Ms. Kathy Dillion, 2900 Rivard Street, Detroit, MI 48207-4820 |
| 28508891 | + | Dykema, 39577 Woodward Ave Ste 300, Bloomfield Hills, MI 48304-5086 |
| 28508895 | + | FIS 1 Tenant LLC, c/o Oade, Stroud & Klieman, 200 Woodland Pass, East Lansing, MI 48823-2000 |
| 28508892 | + | Ferndale Leasing LLC, c/o Andrew Harris Esq, Maddin Hauser, 1 Towne Square 5th Fl, Southfield, MI 48076-3732 |
| 28594257 | + | Ferndale Leasing, LLC, c/o Andrew M. Harris, Esq., One Towne Square, 5th Fl., Southfield, MI 48076-3732 |
| 28657890 | + | Gordon Food Service, Inc., 1300 Gezon Pkwy SW, Wyoming, MI 49509-9302 |
| 28508898 | + | Honigman, 660 Woodward Ave Ste 2290, Detroit, MI 48226-3583 |
| 28508900 | + | Maurer Management & Properties, c/o Emmy Maurer, 35 S Summit, Ypsilanti, MI 48197-4747 |
| 28724333 | + | National Labor Relations Board, 477 Michigan Ave., Rm. 5-200, Detroit, MI 48226-2523 |
| 28508902 | + | North Star Partners, c/o Wolfson Bolton, 880 W Long Lake Rd Ste 420, Troy, MI 48098-4534 |
| 28508903 | + | Oade, Stroud & Klieman, PO Box 1296, East Lansing, MI 48826-1296 |
| 28724332 | + | Patricia A. Fedewa, 477 Michigan Ave., Rm. 5-200, Detroit, MI 48226-2523 |
| 28693788 | | Randall B. Kleiman, 200 Woodland Pass, P.O. Box 1296, East Lansing, MI 48826-1296 |
| 28508908 | + | Roberts & Freatman, 125 N Huron St, Ypsilanti, MI 48197-2609 |
| 28728407 | + | Sabin D. Blake, 280 W. Maplehurst St., Ferndale, MI 48220-2717 |
| 28732480 | + | Spinoso Real Estate Group, DLS, LLC, 3410 Belle Chase Way, Suite 600, Lansing, MI 48911-4274 |
| 28508909 | + | Stafford-Smith Inc, c/o Lewis Reed & Allen, 136 E Michigan Ave Ste 800, Kalamazoo, MI 49007-3914 |
| 28617613 | + | Stafford-Smith, Inc., 3414 S. Burdick St., Kalamazoo, MI 49001-4888 |
| 28618524 | + | The Distribution Group, Inc., 650 Ionia Ave SW, Grand Rapids, MI 49503, Grand Rapids, MI 49503-5149 |
| 28508904 | + | Thomas Pearlman, 195 W 9 Mile Rd Ste 110, Ferndale, MI 48220-1749 |
| 28711932 | + | Tuckerman LLC, c/o Jack A. Gibson Jr., P.C., 44990 Heydenreich Rd. Suite i, Clinton Township, MI 48038-1558 |
| 28711961 | + | Tuckerman, LLC, c/o Dennis Fulton, 17072 Tremlett, Clinton Township, Mi 48035-2384 |
| 28594685 | + | Vester Investments, LLC, c/o Andrew M. Harris, Esq., One Towne Square, 5th Fl., Southfield, MI 48076-3732 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28610021 | + | Email/Text: bkfilings@zwickerpc.com | Dec 18 2025 21:57:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 28508864 | + | Email/PDF: bncnotices@becket-lee.com | Dec 18 2025 22:17:18 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 28508865 | + | Email/PDF: bncnotices@becket-lee.com | Dec 18 2025 22:02:55 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 28508867 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 18 2025 21:56:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 28508866 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 18 2025 21:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 28690626 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 18 2025 21:56:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 28508868 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 18 2025 21:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 28508869 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 18 2025 21:57:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 28508881 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 18 2025 21:57:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 28508880 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 18 2025 21:57:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 28512083 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 22:02:43 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 28508887 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 18 2025 21:56:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 28508888 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 18 2025 21:56:00 | Citizens One, One Citizens Bank Way, Johnston, RI 02919 |
| 28616068 | + | Email/Text: bankruptcy_notices@cmsenergy.com | Dec 18 2025 21:57:00 | CONSUMERS ENERGY COMPANY, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |
| 28508882 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 22:02:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28508883 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 22:02:41 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28621122 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 22:02:26 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 28615835 | | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:56:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 28508884 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 18 2025 22:02:53 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 28508886 | + | Email/Text: omx-bnc-bk-notices@chime.com | Dec 18 2025 21:57:00 | Chimefinal, Po Box 417, San Francisco, CA 94104-0417 |
| 28508885 | + | Email/Text: omx-bnc-bk-notices@chime.com | Dec 18 2025 21:57:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 28508890 | + | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:56:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 28508889 | + | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:56:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 28508893 | + | Email/Text: data_processing@fin-rec.com | Dec 18 2025 21:57:00 | Financial Recoversy Services, PO Box 21405, |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Saint Paul, MN 55121-0405 |
| 28508894 | + | Email/Text: data_processing@fin-rec.com | Dec 18 2025 21:57:00 | Financial Recovery Services, Dept 813, PO Box 4115, Concord, CA 94524-4115 |
| 28508896 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 18 2025 21:56:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 28508897 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 18 2025 21:56:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 28508856 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 21:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28508899 | + | Email/Text: notices@kalamatacapitalgroup.com | Dec 18 2025 21:56:00 | Kalamata Capital Group LLC, 80 Broad St Ste 1201, New York, NY 10004-2579 |
| 28512917 | + | Email/Text: BNCnotices@bblawpllc.com | Dec 18 2025 21:56:00 | Kalamata Capital Group LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 28508901 | + | Email/Text: Treas-Bankruptcy@michigan.gov | Dec 18 2025 21:57:00 | Michigan Deptartment of Treasury, Bankruptcy Claims Unit, PO Box 30168, Lansing, MI 48909-7668 |
| 28724712 | + | Email/Text: bankruptcy@ondeck.com | Dec 18 2025 21:57:00 | On Deck Capital Inc, 4700 W Daybreak Pkwy. Ste 200, South Jordan, UT 84009-5133 |
| 28508905 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2025 22:17:18 | PennyMac Loan Services, PO Box 4095, Carol Stream, IL 60197-4095 |
| 28508906 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2025 22:17:28 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 28508907 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2025 22:17:18 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 28708911 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:57:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 28728754 | ^ | MEBN | Dec 18 2025 21:54:57 | State of Michigan Department of Treasury, 3030 W. Grand Blvd, Ste. 200, Detroit, MI 48202-6030 |
| 28508910 | + | Email/Text: jaxbanko@td.com | Dec 18 2025 21:56:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 28508911 | + | Email/Text: jaxbanko@td.com | Dec 18 2025 21:56:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 28508857 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Dec 18 2025 21:56:00 | United States Attorney, Attention: Civil Division, 211 W Fort St Ste 2001, Detroit, MI 48226-3220 |
| 28508858 | ^ | MEBN | Dec 18 2025 21:54:31 | United States Attorney General, United States Department of Justice, 950 Pennsylvania Ave, Washington, DC 20530-0009 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Harris | on behalf of Creditor Ferndale Leasing LLC aharris@maddinhauser.com, lisa.randazzo@kitch.com |
| Andrew Harris | on behalf of Creditor Vester Investments LLC aharris@maddinhauser.com, lisa.randazzo@kitch.com |
| Anthony J. Kochis | on behalf of Plaintiff North Star Partners LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;ECFAdmin@wolfsonbolton.com |
| Anthony J. Kochis | on behalf of Creditor North Star Partners LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;ECFAdmin@wolfsonbolton.com |
| Craig B. Rule | on behalf of Creditor American Express National Bank crule@zwickerpc.com bknotices@zwickerpc.com |
| Craig E. Zucker | on behalf of Creditor Ferndale Leasing LLC czucker@maddinhauser.com, bmansfield@maddinhauser.com |
| Craig E. Zucker | on behalf of Creditor Vester Investments LLC czucker@maddinhauser.com, bmansfield@maddinhauser.com |
| Eric J. Carmichael | on behalf of Creditor Del Bene Produce Inc. ecarmichael@sjrlaw.com |
| Heather L. Donald | on behalf of Creditor State of Michigan Department of Treasury donaldh@michigan.gov |
| Jason M. Milstone | on behalf of Creditor Consumers Energy Company bankruptcyfilings@cmsenergy.com |
| Lana Maria Escamilla | on behalf of Creditor Stafford-Smith Inc. lescamilla@lewisreedallen.com, ssalisbury@esplawyers.com;lescamilla@lewisreedallen.com |
| Lisa K. Mullen | on behalf of Creditor PennyMac Loan Services LLC EasternECF@Trottlaw.com |
| Mark E. Hills | on behalf of Creditor 19 Props LLC meh@msblaw.com |
| Patricia Fedewa | on behalf of Interested Party National Labor Relations Board Region 7 patricia.fedewa@nlrb.gov |
| Rodney M. Glusac | on behalf of Plaintiff Wendy Turner Lewis rodg@brgpc.com |
| Rodney M. Glusac | on behalf of Trustee Wendy Turner Lewis rodg@brgpc.com |
| Wendy Turner Lewis | wtl@trustesolutions.net trusteelewis@outlook.com |

TOTAL: 17